UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ATHANASIA MARKADAS AND, KONSTANTINOS VALLAS, § § § Plaintiffs, § § vs. § § METROPOLITAN LLOYDS INSURANCE § COMPANY OF TEXAS AND § DERICK MITCHELL § § Defendants. § | CIVIL ACTION NO. 5:17-cv-205-OLG (JURY) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiffs Athanasia Markadas and Konstantinos Vallas, and Defendants Metropolitan Lloyds Insurance Company of Texas and Derick Mitchell, and file this Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii) and in support thereof would show the Court as follows:

1. Plaintiffs are Athanasia Markadas and Konstantinos Vallas. Defendants are Metropolitan Lloyds Insurance Company of Texas and Derick Mitchell.

2. Plaintiffs filed suit against Defendants arising out of a homeowners' insurance claim arising from storm damage that occurred on or about April 12, 2016.

4. Plaintiffs and Defendants have reached a compromise and settlement regarding the claims in this lawsuit. As a result, Plaintiffs desire to dismiss with prejudice all claims and causes of action asserted against Defendants. Plaintiffs and Defendants agree to this dismissal with prejudice.

5. This case is not a class action.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - Page 1**

6.      A receiver has not been appointed in this action.

7.      This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8.      Plaintiffs have not dismissed an action based on or including the same claims as those presented in this suit.

9.      This dismissal is requested to be with prejudice as to Defendants Metropolitan Lloyds Insurance Company of Texas and Derick Mitchell.

Respectfully submitted,

/s/ - *Derek Hilley*

Derek Hilley
Carlos A. Solis
Hilley & Solis, P.L.L.C.
310 S. St. Mary's, Suite 2900
San Antonio, TX  78205
210-446-5000
210-446-5001 – fax
Hilley SBN 24056770
dhilley@hilley-solis.com
Solis SBN 24060636
csolis@hilley-solis.com
ATTORNEY FOR PLAINTIFFS

*AND*

/s/ - *Dennis D. Conder*

Dennis D. Conder
Stacy | Conder | Allen LLP
901 Main Street, Suite 6200
Dallas, Texas  75202
214-748-5000
214-748-1421 – fax
conder@stacyconder.com
SBN 04656400
ATTORNEY FOR DEFENDANTS

PAN/PLDG/586737.1/001466.17969

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - Page 2**